# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Catherine Page,<br><br>                    Plaintiff,<br><br>v.<br><br>U.S. Collections West Incorporated,<br><br>                    Defendant. | No. CV-16-00409-PHX-GMS<br><br>**ORDER** |

   Pending before the Court is Plaintiff's Motion to Dismiss Case and Refund Filing Fee (Doc. 5).  The Court will grant the dismissal and will deny refund for lack of any authority cited which would suggest it is appropriate to do so.  Therefore,

   **IT IS HEREBY ORDERED** granting the Motion to Dismiss and denying any refund.

   Dated this 17th day of February, 2016.

_____
Honorable G. Murray Snow
United States District Judge